1  LAW OFFICE OF ERIC HONIG
   Eric Honig - CA Bar No. 140765
2  P.O. Box 10327
   Marina del Rey, CA 90295
3  erichonig@aol.com
   Telephone:  (310) 314-2603
4  Fax:  (310) 943-2220

5  Attorney for Christopher Kim, Bora Lee,
   Erica Kim, Se Young Kim, and Young
6  Ai Kim,  and Attorneys for Intervenors Law Office
   of Eric Honig, APLC and Eric Honig
7
   JANET SHERMAN (SBN 98560)
8  SHERMAN & SHERMAN
   A Professional Law Corporation
9  2115 Main Street
   Santa Monica, California  90405
10 E-Mail:       JanetSher@aol.com
   Tele:         310-399-3259
11 Fax:          310-392-9029

12 Attorneys for Intervenors Law Office
   of Eric Honig, APLC and Eric Honig
13

14                UNITED STATES DISTRICT COURT
15                CENTRAL DISTRICT OF CALIFORNIA
16                       WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **No. CV 04-2788-ABC (PLAx)** |
| Plaintiff, | (CONSOLIDATED CASES) |
| v. | No. CV 04-3386-ABC (PLAx) |
|  | No. CV 05-3910-ABC (PLAx) |
| REAL PROPERTY LOCATED AT 475 MARTIN LANE, BEVERLY HILLS, CALIFORNIA, ET AL, | |
|  | **[PROPOSED] JUDGMENT AWARDING ATTORNEY FEES** |
| Defendants. | |
| CHRISTOPHER KIM, ET AL, | |
| Claimants. | |
| LAW OFFICE OF ERIC HONIG, APLC AND ERIC HONIG, ET AL, | |
| Intervenors. | |

1       Considering the joint motion of Claimants Christopher Kim, Erica Kim, Bora Lee, Se Young Kim, and Young Ai Kim and Intervenors Law Office of Eric Honig and Eric Honig for attorney fees,

      IT IS ORDERED that the motion is granted;

      IT IS FURTHER ORDERED that the United States shall pay **$39, 062.50** in attorney fees directly to the Law Office of Eric Honig, within 14 days from the entry of this judgment.

DATED: November 13, 2012

      *Audrey B. Collins*
      UNITED STATES DISTRICT JUDGE