1  REHM & ROGARI
   Ralph Rogari (SBN 139422)
2  12121 Wilshire Blvd., Ste. 600
   Los Angeles, CA 90025
3  Tel: (310) 207–0059; Fax: (310) 207-2780

4  Mary Lee (SBN 177085)
   Law Offices of Mary Lee
5  3250 Wilshire Blvd. Suite 900
   Los Angeles, CA 90010
6  Tel:  (213) 383-9083; Fax: (213) 383-8339

7  Attorneys for
   *Claimant*  OPTIONAL CAPITAL, INC.
8

9                  **UNITED STATES DISTRICT COURT**

10              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| UNITED STATES OF AMERICA | NO: CV 04- 2788 ABC (Plax) |
| | NO: CV 04 - 3386 ABC |
| | NO: CV 05- 3910 ABC |
| | (Consolidated Cases) |
| Plaintiff | [~~Proposed~~] |
| vs. | |
| | FINAL JUDGMENT |
| REAL PROPERTY LOCATED AT | ON CLAIMS OF OPTIONAL |
| 475 MARTIN LANE, BEVERLY | CAPITAL, INC. |
| HILLS, CALIFORNIA | |
| Defendants. | |
| ALL RELATED ACTIONS | |

            **JUDGMENT BY THE COURT WITHOUT A JURY**

       On April 30, 2013 through May 1, 2013, the claims of Claimant, Optional Capital Inc., to properties in each of the above consolidated actions were tried by the Honorable Audrey B. Collins, United States District Court Judge, without a jury.

       Optional Capital, Inc. claimed to be the owner of each of the following

defendant properties:

Case number CV-04-2788

(1)  $2,957,240.40 (plus interest), representing the proceeds from the sale of real property located at 475 Martin Lane, Beverly Hills, CA.;

Case number CV-04-3386

(2)  the real property located at 924 N. Beverly Drive, Beverly Hills, CA, Los Angeles County Assessor's ID No. 4344-001-011, legal description: Lot 11 in Block 77 of Beverly Hills, in the City of Beverly Hills, County of Los Angeles, State of California, as per map recorded in Book 11 pages 186 and 187 of maps, in the Office of the County Recorder.;

Case number CV-05-3910

(3)  $956,525.05 ("plus interest") seized from United Commercial Bank Account no. 63600084 in the name of First Stephora Avenue, Inc.;

(4)  $157,329.05 (plus interest) seized from United Commercial Bank Account no. 6359914 in the name of Alexandria Investment, LLC;

(5)  All funds in Credit Suisse Private Banking Account No. 0251-844548-6 in the name of Alexandria Investment, LLC when the Government served its warrant on or about August 8, 2005;

(6)  2002 Porsche Boxster, vin WPOCA29852U624063, California license number 4YBK677, registered in the name of Erica Kim;

(7)  1999 Ferrari 550 Maranello, vin ZFFZR49A4X0114823, California license number 4YBK677, registered in the name of Erica Kim;

(8)  $34,000.00, ("plus interest") as a substitute *res* for the seized 2003

1  Landrover Range Rover;

2  (9) 2002 Toyota Tacoma Pickup Truck, vin 5TEVL52N82Z050246,
3  California license no. 6W11800, registered in the name of Erica
4  Kim;

5  (10) A 1999 Porsche Carerra, vin WPOAA2993XS622539, registered in
6  the name of Erica Kim;

7  (11) The items of Miscellaneous Furniture/Household items seized from
8  924 N. Beverly Drive, as listed in exhibit A to the Government's
9  forfeiture complaint in United Stated District Court case CV-05-
10  03910, under number 3410-05-F-107.;

11  (12) The items of Miscellaneous Furniture/Household items seized from
12  475 Martin Lane, as listed in exhibit A to the Government's
13  forfeiture complaint in CV-05-03910, under number 3410-05-F-104;

14  (13) The two chandeliers removed from the 475 Martin Lane property;

15

16  With respect to the claims of Optional Capital, Inc., IT IS HEREBY
17  FOUND, ADJUDICATED and DECREED that Optional Capital, Inc. was and is,
18  the owner of each of the following defendant properties:

19

20  Case number CV-04-2788
21  (1) $2,957,240.40 (plus interest), representing the proceeds from the sale
22  of real property located at 475 Martin Lane, Beverly Hills, CA.;

23

24  Case number CV-04-3386
25  (2) the real property located at 924 N. Beverly Drive, Beverly Hills, CA,
26  Los Angeles County Assessor's ID No. 4344-001-011; legal
27  description: Lot 11 in Block 77 of Beverly Hills, in the City of
28  Beverly Hills, County of Los Angeles, State of California, as per

1           map recorded in Book 11 pages 186 and 187 of maps, in the Office
2           of the County Recorder;

4 Case number CV-05-3910
5 (3)   $956,525.05 ("plus interest") seized from United Commercial
6        Bank Account no. 63600084 in the name of First Stephora Avenue,
7        Inc.;
8 (4)   $157,329.05 (plus interest) seized from United Commercial Bank
9        Account no. 6359914 in the name of Alexandria Investment, LLC;
10 (5)   All funds in Credit Suisse Private Banking Account No. 0251-
11       844548-6 in the name of Alexandria Investment, LLC as of August
12       8, 2005;
13 (6)   2002 Porsche Boxster, vin WPOCA29852U624063, California
14       license number 4YBK677, registered in the name of Erica Kim;
15 (7)   1999 Ferrari 550 Maranello, vin ZFFZR49A4X0114823, California
16       license number 4YBK677, registered in the name of Erica Kim;
17 (8)   $34,000.00, ("plus interest") as a substitute *res* for the seized 2003
18       Landrover Range Rover;
19 (9)   2002 Toyota Tacoma Pickup Truck, vin 5TEVL52N82Z050246,
20       California license no. 6W11800, registered in the name of Erica
21       Kim;
22 (10)  A 1999 Porsche Carerra, vin WPOAA2993XS622539, registered in
23       the name of Erica Kim;
24 (11)  The items of Miscellaneous Furniture/Household items seized from
25       924 N. Beverly Drive, as listed in exhibit A to the Government's
26       forfeiture complaint in United Stated District Court case CV-05-
27       03910, under number 3410-05-F-107.;
28 (12)  The items of Miscellaneous Furniture/Household items seized from

1        475 Martin Lane, as listed in exhibit A to the Government's

2        forfeiture complaint in CV-05-03910, under number 3410-05-F-104;

3  (13)  The two chandeliers removed from the 475 Martin Lane property;

5  IT IS HEREBY FURTHER ORDERED that each of the above properties

6 shall be released forthwith to Optional Capital, Inc., through its counsel of record,

7 Ralph Rogari, and that all released currency shall include all accrued interest.

9  IT IS HEREBY FURTHER ORDERED that any check(s) for the return of

10 the defendant currency or accrued interest are to be made payable to Rehm &

11 Rogari client trust fund, 12121 Wilshire Blvd., Suite 600, Los Angeles, CA

12 90025.

14  IT IS FURTHER ORDERED that the Court hereby retains jurisdiction over

15 this action for the purpose of ensuring prompt and complete compliance with this

16 Judgment by the Clerk of Court, the United States Marshall Service and the

17 parties.

19 Date: May 23, 2013

                          Honorable Audrey B. Collins
                          United States District Court Judge