REHM & ROGARI
Ralph Rogari (SBN 139422)
12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025
Tel: (310) 207–0059; Fax: (310) 207-2780

Mary Lee (SBN 177085)
Law Offices of Mary Lee
3250 Wilshire Blvd. Suite 900
Los Angeles, CA 90010
Tel:  (213) 383-9083; Fax: (213) 383-8339

Attorneys for
*Claimant*  OPTIONAL CAPITAL, INC.

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO: CV 04- 2788 ABC (Plax) |
| | NO: CV 04 - 3386 ABC |
| | NO: CV 05- 3910 ABC |
| | (Consolidated Cases) |
| Plaintiff | [~~Proposed~~] |
| vs. | |
| | FINAL JUDGMENT |
| REAL PROPERTY LOCATED AT | ON CLAIMS OF OPTIONAL |
| 475 MARTIN LANE, BEVERLY | CAPITAL, INC. |
| HILLS, CALIFORNIA | |
| Defendants. | |
| ALL RELATED ACTIONS | |

### JUDGMENT BY THE COURT WITHOUT A JURY

On April 30, 2013 through May 1, 2013, the claims of Claimant, Optional Capital Inc., to properties in each of the above consolidated actions were tried by the Honorable Audrey B. Collins, United States District Court Judge, without a jury.

Optional Capital, Inc. claimed to be the owner of each of the following

defendant properties:

Case number CV-04-2788

(1) $2,957,240.40 (plus interest), representing the proceeds from the sale of real property located at 475 Martin Lane, Beverly Hills, CA.;

Case number CV-04-3386

(2) the real property located at 924 N. Beverly Drive, Beverly Hills, CA, Los Angeles County Assessor's ID No. 4344-001-011, legal description: Lot 11 in Block 77 of Beverly Hills, in the City of Beverly Hills, County of Los Angeles, State of California, as per map recorded in Book 11 pages 186 and 187 of maps, in the Office of the County Recorder.;

Case number CV-05-3910

(3) $956,525.05 ("plus interest") seized from United Commercial Bank Account no. 63600084 in the name of First Stephora Avenue, Inc.;

(4) $157,329.05 (plus interest) seized from United Commercial Bank Account no. 6359914 in the name of Alexandria Investment, LLC;

(5) All funds in Credit Suisse Private Banking Account No. 0251-844548-6 in the name of Alexandria Investment, LLC when the Government served its warrant on or about August 8, 2005;

(6) 2002 Porsche Boxster, vin WPOCA29852U624063, California license number 4YBK677, registered in the name of Erica Kim;

(7) 1999 Ferrari 550 Maranello, vin ZFFZR49A4X0114823, California license number 4YBK677, registered in the name of Erica Kim;

(8) $34,000.00, ("plus interest") as a substitute *res* for the seized 2003

| | | |
|---|---|---|
| 1 | | Landrover Range Rover; |
| 2 | (9) | 2002 Toyota Tacoma Pickup Truck, vin 5TEVL52N82Z050246, |
| 3 | | California license no. 6W11800, registered in the name of Erica |
| 4 | | Kim; |
| 5 | (10) | A 1999 Porsche Carerra, vin WPOAA2993XS622539, registered in |
| 6 | | the name of Erica Kim; |
| 7 | (11) | The items of Miscellaneous Furniture/Household items seized from |
| 8 | | 924 N. Beverly Drive, as listed in exhibit A to the Government's |
| 9 | | forfeiture complaint in United Stated District Court case CV-05- |
| 10 | | 03910, under number 3410-05-F-107.; |
| 11 | (12) | The items of Miscellaneous Furniture/Household items seized from |
| 12 | | 475 Martin Lane, as listed in exhibit A to the Government's |
| 13 | | forfeiture complaint in CV-05-03910, under number 3410-05-F-104; |
| 14 | (13) | The two chandeliers removed from the 475 Martin Lane property; |

With respect to the claims of Optional Capital, Inc., IT IS HEREBY FOUND, ADJUDICATED and DECREED that Optional Capital, Inc. was and is, the owner of each of the following defendant properties:

Case number CV-04-2788

(1) $2,957,240.40 (plus interest), representing the proceeds from the sale of real property located at 475 Martin Lane, Beverly Hills, CA.;

Case number CV-04-3386

(2) the real property located at 924 N. Beverly Drive, Beverly Hills, CA, Los Angeles County Assessor's ID No. 4344-001-011; legal description: Lot 11 in Block 77 of Beverly Hills, in the City of Beverly Hills, County of Los Angeles, State of California, as per

|   |   |   |
|---|---|---|
| 1 | | map recorded in Book 11 pages 186 and 187 of maps, in the Office |
| 2 | | of the County Recorder; |
| 3 | | |
| 4 | | Case number CV-05-3910 |
| 5 | (3) | $956,525.05 ("plus interest") seized from United Commercial |
| 6 | | Bank Account no. 63600084 in the name of First Stephora Avenue, |
| 7 | | Inc.; |
| 8 | (4) | $157,329.05 (plus interest) seized from United Commercial Bank |
| 9 | | Account no. 6359914 in the name of Alexandria Investment, LLC; |
| 10 | (5) | All funds in Credit Suisse Private Banking Account No. 0251- |
| 11 | | 844548-6 in the name of Alexandria Investment, LLC as of August |
| 12 | | 8, 2005; |
| 13 | (6) | 2002 Porsche Boxster, vin WPOCA29852U624063, California |
| 14 | | license number 4YBK677, registered in the name of Erica Kim; |
| 15 | (7) | 1999 Ferrari 550 Maranello, vin ZFFZR49A4X0114823, California |
| 16 | | license number 4YBK677, registered in the name of Erica Kim; |
| 17 | (8) | $34,000.00, ("plus interest") as a substitute *res* for the seized 2003 |
| 18 | | Landrover Range Rover; |
| 19 | (9) | 2002 Toyota Tacoma Pickup Truck, vin 5TEVL52N82Z050246, |
| 20 | | California license no. 6W11800, registered in the name of Erica |
| 21 | | Kim; |
| 22 | (10) | A 1999 Porsche Carerra, vin WPOAA2993XS622539, registered in |
| 23 | | the name of Erica Kim; |
| 24 | (11) | The items of Miscellaneous Furniture/Household items seized from |
| 25 | | 924 N. Beverly Drive, as listed in exhibit A to the Government's |
| 26 | | forfeiture complaint in United Stated District Court case CV-05- |
| 27 | | 03910, under number 3410-05-F-107.; |
| 28 | (12) | The items of Miscellaneous Furniture/Household items seized from |

1         475 Martin Lane, as listed in exhibit A to the Government's

2         forfeiture complaint in CV-05-03910, under number 3410-05-F-104;

3   (13)  The two chandeliers removed from the 475 Martin Lane property;

5     IT IS HEREBY FURTHER ORDERED that each of the above properties
6 shall be released forthwith to Optional Capital, Inc., through its counsel of record,
7 Ralph Rogari, and that all released currency shall include all accrued interest.

9     IT IS HEREBY FURTHER ORDERED that any check(s) for the return of
10 the defendant currency or accrued interest are to be made payable to Rehm &
11 Rogari client trust fund, 12121 Wilshire Blvd., Suite 600, Los Angeles, CA
12 90025.

14     IT IS FURTHER ORDERED that the Court hereby retains jurisdiction over
15 this action for the purpose of ensuring prompt and complete compliance with this
16 Judgment by the Clerk of Court, the United States Marshall Service and the
17 parties.

19 Date: May 23, 2013                 _____
20                                    Honorable Audrey B. Collins
                                      United States District Court Judge